THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS LOFFREDO, Appellant.— Judgment of the County Court of Kings County, convicting the appellant of the crimes of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and imposing sentence, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL PFISTER, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating section 970 of the Penal Law (common gambler). Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VENOSA, Appellant.— Judgment of the County Court of Richmond County, convicting defendant of the crimes of concealing stolen property and withholding stolen property, knowing the same to have been stolen, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

FREDERICK G. QUERN, Appellant, v. GEORGE F. HAGGERTY, Respondent.— Action on a bond. The action was commenced in September, 1944. The defendant appeared in the action by counsel but did not answer and judgment by default was entered on November 3, 1944, and a copy of the judgment, with notice of entry, was served on the attorneys appearing for the defendant. In November, 1947, defendant moved to set aside and vacate the judgment and for permission to serve an answer, on the ground that he did not learn until January, 1947, that the judgment had been entered by default. The motion was granted and plaintiff appeals. Order reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, with $10 costs. The record discloses no reason for granting the motion and no adequate excuse for failure to make the motion until three years after the entry of the judgment. The granting of the motion was an improvident exercise of discretion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See 274 App. Div. 816.]

HARRIET G. ROTHBARD, Appellant, v. BENTON ROTHBARD, Respondent.— Order granting plaintiff's motion for counsel fees for services to be rendered in connection with an appeal herein, insofar as appealed from, affirmed, without costs. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

RICHARD SEXTON, as Administrator of the Estate of RICHARD E. SEXTON, Deceased, Appellant, v. CHURCH IN THE GARDENS, Respondent.— Action to recover damages for the wrongful death of plaintiff's intestate, an infant four years of age, as the result of drowning in a swimming pool owned, maintained and controlled by the defendant. Judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel JJ.

JAMES J. SKELLY, Respondent, v. ALPHA TANK COMPANY, INC., Appellant.— In an action to recover damages for personal injuries, defendant appeals from a judgment in favor of plaintiff, entered on a jury verdict in his favor, in the sum of $48,000. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days after the entry of the order hereon respondent stipulates to reduce the amount of the verdict to $35,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion, the verdict was excessive. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.